265

BEFORE THE FIRST DIVISION, MARCH 1, 1944

**No. 49233.**—Protests 981832–G, etc., of H. P. Lambert Co., Inc., et al. (Boston).

Opinion by COLE, J.  The merchandise was assessed and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247).  In accordance with stipulation of counsel and on the authority of said cited case the merchandise at bar was found to contain salt and was therefore excluded from paragraph 5 (chemical compounds).  The protests were sustained to this extent.

**No. 49234.**—Protests 957923–G, etc., of Sun Wing Wo Co. et al. (Los Angeles).

Opinion by COLE, J.  The merchandise was assessed and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247).  In accordance with stipulation of counsel and on the authority of said cited case the merchandise at bar was found to contain salt and was therefore excluded from paragraph 5 (chemical compounds).  The protests were sustained to this extent.

**No. 49235.**—Protests 832973–G/85890, etc., of Wah Ching Lung & Co. (Chicago).

Opinion by COLE, J.  The merchandise was assessed and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247).  In accordance with stipulation of counsel and on the authority of said cited case the merchandise at bar was found to contain salt and was therefore excluded from paragraph 5 (chemical compounds).  The protests were sustained to this extent.

**No. 49236.**—Protests 832967–G/86123, etc., of Chinese Trading Co. (Chicago).

Opinion by COLE, J.  The merchandise was assessed and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247).  In accordance with stipulation of counsel and on the authority of said cited case the merchandise at bar was found to contain salt and was therefore excluded from paragraph 5 (chemical compounds).  The protests were sustained to this extent.